IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRETT MORRISH,

    Plaintiff,
v.                                                            CASE NO. 1:05-cv-00119-MP-EMT

ALACHUA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

## **O R D E R**

       This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  The Magistrate Judge filed the Report and Recommendation on Wednesday, November 16, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

       In her Report, the Magistrate recommends that Plaintiff's claim be dismissed because Plaintiff failed to indicate in his complaint that he had previously filed a federal case dealing with his imprisonment.  In his objections to the Magistrate's Report and Recommendations, Plaintiff states that he did indicate in the complaint that he had previously filed such a claim, but inadvertently listed it under the section pertaining to previous state court lawsuits (Section IV.A.), instead of under the section for previous federal court lawsuits (Section IV.B.).  After reviewing Plaintiff's complaint, it appears that Plaintiff did list his previous lawsuit, but under the wrong section in his complaint.  The Court finds that the pro se Plaintiff's apparent mistake in

this instance is excusable.  Therefore, having considered the Report and Recommendation and objections thereto filed, I have determined that the Report and Recommendation should be rejected.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendations, Doc. 12, are rejected, and this cause is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge