IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRETT MORRISH,

       Plaintiff,

v.                                CASE NO. 1:05-cv-00119-MP-EMT

ALACHUA COUNTY SHERIFF'S DEPARTMENT, et al.,

       Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the

Magistrate Judge, recommending that this case be dismissed with prejudice for failure to state a

claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The

Magistrate Judge filed the Report and Recommendation on Friday, March 24, 2006.  The parties

have been furnished a copy of the Report and Recommendation and have been afforded an

opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this

Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff has filed objections to the Magistrate's Report, Doc. 22.  In his objections, the

Plaintiff claims that the Defendants are solely responsible for his failure to timely file a motion

to withdraw his plea since they would not notarize his motion without proper identification.  As

the Magistrate points out, however, unnotarized oaths are acceptable for post-conviction motions

if they contain an oath stating that the facts provided in the motion are true.  Additionally, it

appears that Plaintiff made no effort to file anything with the court informing it of Plaintiff's

dilemma.  Since Plaintiff took no steps to at least notify the court of his difficulty in having the

motion notarized, Plaintiff cannot show that Defendants' conduct was the sole cause of his

failure to file a timely motion to withdraw his plea.

Finally, as the Magistrate correctly points out, Plaintiff can not show that his family law claim involved a "criminal appeal or post-conviction matter, or in a civil rights action under 42 U.S.C. § 1983 'to vindicate 'basic constitutional rights.''"  Doc. 21 at 3.  Therefore, the Court agrees with the Magistrate that Plaintiff's "claims that Defendants denied him access to the courts to litigate his motion for contempt against his exwife should likewise be dismissed."  Id. at 4.  Therefore, having considered the Report and Recommendation and all objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is dismissed with prejudice.

**DONE AND ORDERED** this   _20th_ day of June, 2006

_____s/Maurice M. Paul_____
Maurice M. Paul, Senior District Judge